IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


DAVID RUSSELL RODGERS AND
BENJAMIN D. BROOKS,
Individually and on behalf of all others
similarly situated                                                                    PLAINTIFFS


vs.                                          Civil No. 1:09-cv-01054


REMINGTON ARMS COMPANY, INC.                                          DEFENDANT


## ORDER

Before the Court is the Report and Recommendation filed on August 20, 2010 by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. No. 26). Judge Bryant recommends Defendant's Motion to Dismiss (Doc. No. 9) be **DENIED**

as moot. No objections have been filed to the Report and Recommendation, and the time to object

has passed. *See* 28 U.S.C. § 636(b)(1).

The Court has reviewed this case, and being well and sufficiently advised, finds the Report

and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby

adopts the Report and Recommendation, and finds Defendant's Motion to Dismiss (Doc. No. 9)

should be **DENIED** as moot.

ENTERED this 8th day of September, 2010.


                   /s/ Harry F. Barnes.
                   HON. HARRY F. BARNES
                   UNITED STATES DISTRICT JUDGE